*E-Filed 11/09/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PIOTR J. GARDIAS,

        Plaintiff,

  v.

THE CALIFORNIA STATE UNIVERSITY
SAN JOSE STATE UNIVERSITY,

        Defendant.
_____/

**No. C  09-5291 RS**

**ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION**

Pursuant to Civil Local Rule 3-12(c), this matter is hereby referred to the Honorable Howard R. Lloyd for a determination as to whether it is related to <u>Gardias v. The California State University, San Jose State University</u>, C 09-02090 HRL.

IT IS SO ORDERED.

Dated: November 9, 2009

                                        RICHARD SEEBORG
                                        UNITED STATES MAGISTRATE JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Piotr J. Gardias**
72 Floyd St.
San Jose, CA 95110

DATED:   11/9/09

/s/ Chambers Staff

Chambers of Magistrate Judge Richard Seeborg