**\*E-FILED 12-16-2009\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS,<br><br>   Plaintiff,<br>   v.<br><br>THE CALIFORNIA STATE UNIVERSITY,<br>THE SAN JOSE STATE UNIVERSITY,<br><br>   Defendants. | No. C09-05291 HRL<br><br>**ORDER RE-SETTING INITIAL CASE MANAGEMENT CONFERENCE** |

The initial case management conference is **re-set for April 13, 2010, 1:30 p.m. in Courtroom 2**. All deadlines set in the "Order Setting Initial Case Management Conference and ADR Deadlines" (Docket No. 3) are adjusted accordingly. At the case management conference, the parties shall be prepared to discuss whether this case should be consolidated for all purposes with *Gardias v. The California State University, et al*, C09-05611 HRL.

SO ORDERED.

Dated:   December 16, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:09-cv-05291-HRL Notice has been electronically mailed to:

Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, ECFCoordinator@doj.ca.gov, Leticia.MartinezCarter@doj.ca.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5:09-cv-05291-HRL Notice mailed to:

Piotr J. Gardias
72 Floyd St.
San Jose, CA 95110

2