*E-FILED 07-20-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS, | No. C09-05291 HRL |
| Plaintiff, | **ORDER (1) GRANTING DEFENDANT'S REQUEST TO VACATE CURRENT CASE MANAGEMENT DEADLINES AND (2) CONTINUING HEARING ON PLAINTIFF'S MOTION FOR SANCTIONS** |
| v. | |
| THE CALIFORNIA STATE UNIVERSITY, SAN JOSE STATE UNIVERSITY, | |
| Defendant. | |

Defendant has moved to dismiss, or alternatively, to compel plaintiff to attend his deposition. That motion is set for an August 31, 2010 hearing. Defendant requests that current deadlines for filing dispositive motions (i.e., motions for summary judgment) be vacated. The court offers no opinion here as to the merits of defendant's pending motion to dismiss. Nevertheless, the court will vacate the current deadline for hearing summary judgment motions (August 31, 2010), as well as the dates for the final pretrial conference (October 12, 2010) and trial (October 18, 2010). All deadlines will be re-set, if appropriate, following the resolution of defendant's pending motion to dismiss.

Additionally, the hearing on plaintiff's Second Motion for Sanctions (Docket No. 32),

1  noticed for August 24, 2010, is **continued to August 31, 2010, 10:00 a.m.** in Courtroom 2.
2      SO ORDERED.
3  Dated:   July 20, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

1  5:09-cv-05291-HRL Notice has been electronically mailed to:

2  Mary Susan Cain-Simon     Mary.CainSimon@doj.ca.gov, ECFCoordinator@doj.ca.gov,

3  Leticia.MartinezCarter@doj.ca.gov

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5

6  5:09-cv-05291-HRL Notice mailed to:

7  Piotr J. Gardias
   72 Floyd St.
8  San Jose, CA 95110

**United States District Court**
For the Northern District of California