*E-FILED 10-29-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PIOTR J. GARDIAS,

    Plaintiff,

  v.

THE CALIFORNIA STATE UNIVERSITY; SAN JOSE STATE UNIVERSITY,

    Defendant.

No. C09-05291 HRL

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

[Re: Docket No. 62]

    Plaintiff moves for leave to file a motion for reconsideration of this court's September 7, 2010 order denying his motions for disclosure and for sanctions (Docket No. 61). Upon consideration of the papers submitted, the court finds that no further briefing or hearing is necessary. *See* CIV. L.R. 7-9(d). Insofar as plaintiff points out that his underlying motion sought the disclosure of subjects as to which defendant's identified witnesses have information, defendant shall provide that information to plaintiff in a supplemental initial disclosure within 14 days from the date of this order. *See* FED. R. CIV. P. 26(a)(1)(A)(i).

    Plaintiff's motion for leave to file a motion for reconsideration is otherwise denied because he has not presented any material facts or legal issues which would warrant the filing of

1  such a motion.  *See* CIV. L.R. 7-9(b).
2      SO ORDERED.
3  Dated:     October 29, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

2

1  5:09-cv-05291-HRL Notice has been electronically mailed to:

2  Mary Susan Cain-Simon    Mary.CainSimon@doj.ca.gov, ECFCoordinator@doj.ca.gov, Leticia.MartinezCarter@doj.ca.gov

4  5:09-cv-05291-HRL Notice mailed to:

5  Piotr J. Gardias
   72 Floyd St.
6  San Jose, CA 95110

7       Pro Se Plaintiff