*E-FILED 10-29-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE CALIFORNIA STATE UNIVERSITY;<br>SAN JOSE STATE UNIVERSITY,<br><br>　　　　Defendant. | No. C09-05291 HRL<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>[Re: Docket No. 64] |

　　　Plaintiff moves for leave to file a motion for reconsideration of this court's September 7, 2010 order granting in part and denying in part defendant's motion for sanctions. Upon consideration of the papers submitted, the court finds that no further briefing or hearing is necessary. *See* CIV. L.R. 7-9(d). Plaintiff has not presented any material facts or legal issues which would warrant the filing of a motion for reconsideration.[1] *See* CIV. L.R. 7-9(b). Accordingly, his request for permission to do so is DENIED.

　　　SO ORDERED.

Dated:　October 29, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

　　　[1] To the extent Gardias now requests an order permitting him to write down defense counsel's questions during deposition, this court finds that no such order is necessary. The record reflects that defense counsel has already agreed that Gardias may do so.

**United States District Court**
For the Northern District of California

1. 5:09-cv-05291-HRL Notice has been electronically mailed to:

2. Mary Susan Cain-Simon    Mary.CainSimon@doj.ca.gov, ECFCoordinator@doj.ca.gov, Leticia.MartinezCarter@doj.ca.gov

4. 5:09-cv-05291-HRL Notice mailed to:

Piotr J. Gardias
72 Floyd St.
San Jose, CA 95110

    Pro Se Plaintiff