*E-FILED: February 13, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS,<br><br>         Plaintiff,<br><br>  v.<br><br>THE CALIFORNIA STATE UNIVERSITY;<br>SAN JOSE STATE UNIVERSITY,<br><br>         Defendant.<br>_____/ | Nos.   C09-05291 HRL<br>          C09-05611 HRL<br>          C10-03437 HRL<br>          C10-05637 HRL<br>          C11-03196 HRL<br><br>**ORDER (1) GRANTING DEFENDANT'S MOTION TO CONSOLIDATE CASES; (2) GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINTS; AND (3) SETTING CASE MANAGEMENT CONFERENCE**<br><br>**[Re:   Docket Nos. 19, 26]** |

Defendant moves for an order consolidating plaintiff's pending actions for all purposes, including trial. The court finds that consolidation will promote economy and efficiency, and that no party will be prejudiced. Accordingly, defendant's motion for consolidation is granted. Fed. R. Civ. P. 42(a). **The above-captioned actions shall be consolidated under the common case number, C09-05291HRL, and all future filings shall be made exclusively in that case**. Gardias' request for a separate bench trial in Case No. C09-05291 is denied. In view of the consolidation, the clerk shall administratively terminate Case Nos. C09-05611HRL, C10-03437 HRL, C10-05637 HRL, and C11-03196 HRL.

Plaintiff moves for leave to amend the complaints filed in Case Nos. C10-03437HRL

1  and C10-05637HRL. Specifically, he wishes to delete the following claims and allegations
2  from his complaint in Case No. C10-03437HRL: (1) claims based on race, color, and national
3  origin; (2) allegations that Anton Kashiri made an offensive remark about Jesus Christ;
4  (3) allegations that plaintiff suffered an anxiety attack on June 30, 2010 because of Adam
5  Bayer's behavior; and (4) allegations concerning a July 2010 suspension and a denial of
6  medical benefits for Gardias and his wife. As for Case No. C10-05637HRL, plaintiff wishes to
7  delete the following allegations that, in July 2010, Adam Bayer accused him of poor work
8  performance. The court will treat Gardias' motion to amend as a request for voluntary
9  dismissal. His motion is granted, and the above-described claims and allegations are dismissed.

10 The parties shall appear for a case management conference on **April 3, 2012, 1:30 p.m.**
11 in Courtroom 2 to discuss, among other things, setting a deadline for hearing dispositive
12 motions in the now consolidated action. A joint case management statement shall be filed no
13 later than **March 27, 2012**.

14 SO ORDERED.

15 Dated: February 13, 2012

16 HOWARD R. LLOYD
   UNITED STATES MAGISTRATE JUDGE

2

Notice has been electronically mailed to:

Mary Susan Cain-Simon    Mary.CainSimon@doj.ca.gov, ECFCoordinator@doj.ca.gov, Leticia.MartinezCarter@doj.ca.gov

Notice sent by U.S. Mail to:

Piotr J. Gardias
72 Floyd St.
San Jose, CA 95110

    Pro Se Plaintiff