**\*E-FILED: February 23, 2012\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS, | No. C09-05291 HRL |
| Plaintiff, v. | **ORDER DISMISSING CONSOLIDATED ACTION** |
| THE CALIFORNIA STATE UNIVERSITY; SAN JOSE STATE UNIVERSITY, | |
| Defendant. / | |

This court consolidated plaintiff's five pending lawsuits[1] under the common case number C09-05291HRL. Plaintiff advises that he has reached an agreement with defendant and that he wishes to dismiss all five actions. Accordingly, the five consolidated cases are dismissed. All previously scheduled deadlines and appearances are vacated. The clerk shall close this file.

SO ORDERED.

Dated: February 23, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] The five consolidated actions are C09-05291HRL, C09-05611HRL, C10-03437HRL, C10-05637HRL, and C11-03196HRL.

1 Notice has been electronically mailed to:

2 Mary Susan Cain-Simon    Mary.CainSimon@doj.ca.gov, ECFCoordinator@doj.ca.gov, Leticia.MartinezCarter@doj.ca.gov

3

4 Notice sent by U.S. Mail to:

5 Piotr J. Gardias
72 Floyd St.
6 San Jose, CA 95110

7     Pro Se Plaintiff